UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HANNAH E. LOWRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-217-CEA-JEM ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) |
| Defendant. | ) ) |

## REPORT AND RECOMMENDATION

This case is before the undersigned pursuant to the District Judge's referral Order [Doc. 20]. 28 U.S.C. § 636(b). The parties filed a Joint Motion for an Award of Attorney Fees Under the Equal Justice Act on February 20, 2024 [Doc. 19]. The parties stipulate to an award to Plaintiff of attorney fees in the amount of $1,275.00 and costs and expenses in the amount of $492.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act ("EAJA") in this action.

Having received the parties' motion and upon substantive review of the record, the undersigned **RECOMMENDS** that the District Judge: (1) grant the Joint Motion for an Award of Attorney Fees Under the Equal Justice Act [**Doc. 19**]; (2) award attorney fees, costs and expenses in the amount of $1,767.00 to Plaintiff under the EAJA, 28 U.S.C. § 2412(d); (3) order that, in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United

States; and (4) order that, if Plaintiff owes no debt to the United States, then the payment of EAJA fees can be made to Plaintiff's counsel to the extent Plaintiff and Plaintiff's counsel have executed a valid fee assignment.

>	Respectfully submitted,
>
>	_____
>	Jill E. McCook
>	United States Magistrate Judge