UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HANNAH E. LOWRY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> *Defendant*. ) | Case No. 3:23-cv-217 <br><br> Judge Atchley <br><br> Magistrate Judge McCook |

## ORDER

On February 22, 2024, United States Magistrate Judge Jill E. McCook filed a Report and Recommendation [Doc. 21] pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Referral Order [Doc. 20]. The Magistrate Judge recommends that the Joint Motion for Attorney Fees [Doc. 19] be granted. The Court has reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge McCook's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 21]. The Joint Motion for Attorney Fees [Doc. 19] is **GRANTED.**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**