UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| HANNAH E. LOWRY, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 3:23-cv-217 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Magistrate Judge McCook |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## **ORDER**

On August 27, 2025, United States Magistrate Judge Jill E. McCook filed a Report and Recommendation [Doc. 29] pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Referral Order [Doc. 24]. The Magistrate Judge recommends that Plaintiff's Motion for Attorney Fees Under Social Security Act, 42 U.S.C. Section 406(b) [Doc. 23] be granted in part. No party has filed an objection to the Report and Recommendation, and the time for doing so has since passed.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge McCook's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 29]. Plaintiff's Motion for Attorney Fees Under Social Security Act, 42 U.S.C. Section 406(b) [Doc. 23] is **GRANTED IN PART**. The Court hereby awards attorney's fees in the amount of $9,000 to

---

[1] Magistrate Judge McCook advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 29 at 12 n.7]; *see* FED. R. CIV. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

Plaintiff's counsel to be paid out of Plaintiff's past-due benefits in accordance with agency policy under 42 U.S.C. § 406(b). Upon receipt of these fees, Plaintiff's counsel is **ORDERED** to remit to Plaintiff the attorney's fees previously received from the Commissioner pursuant to the EAJA, $1,275.

  **SO ORDERED**.

                */s/ Charles E. Atchley, Jr.*
                **CHARLES E. ATCHLEY, JR.**
                **UNITED STATES DISTRICT JUDGE**